AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Michael Lederer | ) | Case No. 1:17-MJ-563  UNDER SEAL |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

DEC - 4 2017

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 8, 2017__ in the county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3) | possession of a firearm by a prohibited person. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA Colleen E. Garcia

_____
Complainant's signature

ATF Special Agent Anthony Brock Newton
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/04/2017

_____
/s/
Theresa Carroll Buchanan
United States Magistrate Judge
Judge's signature

City and state: Alexandria, VA

Theresa Carroll Buchanan, U.S. Magistrate Judge
Printed name and title